# Court of Appeals
# of the State of Georgia

ATLANTA,  May 04, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1556. DONALD J. ADAMS et al. v. NELLIE ANN ADAMS et al.

Nellie Ann Adams and Edith Chatfield (the "Plaintiffs") filed a dispossessory action against Jay Adams and Lorraine Adams (the "Defendants"). The Defendants answered and filed counterclaims against the Plaintiffs. The trial court entered an order requiring the Defendants to pay $400 of rent per month into the registry of the trial court on May 30, 2017. The trial court subsequently entered an order granting the Plaintiffs a writ of possession to the subject property on February 26, 2018. The February 26, 2018 order reserved for trial the issues of the Defendants' failure to make rental payments, attorney fees, and the Defendants' counterclaims. The Defendants filed a notice of appeal of the trial court's order on March 1, 2018. We, however, lack jurisdiction.

Here, the trial court's order is not final because the trial court has not yet adjudicated the issues of the Defendants' failure to make rental payments, attorney fees, and the Defendants' counterclaims. Consequently, because this action remains pending below, the Defendants were required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court

– to appeal the trial court's order. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). The Defendants' failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __05/04/2018__
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*